IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHARLENE D. RICE                                                             PLAINTIFF

VS.                                                  CAUSE NO. 1:15-CV-00182-SA-DAS

A & S TRANSPORTATION, INC.                                      DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

UPON motion *ore tenus* of the parties for a dismissal with prejudice of all claims asserted against Defendants, A & S Transportation, Inc., and Jose Tohan, a/k/a Jose J. Toban Hernandez, in the above-referenced matter and the Court, being advised that the parties have reached a settlement and now request that the case now be dismissed with prejudice, finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that any and all claims of the Plaintiff, brought, or which could have been brought, against the Defendants, A & S Transportation, Inc., and Jose Tohan, a/k/a Jose J. Toban Hernandez, in the above-referenced matter shall be and are hereby dismissed <u>with prejudice</u> with each party to bear their own costs.

IT IS FURTHER ORDERED AND ADJUDGED that the terms and conditions of any and all releases and/or settlement agreements signed by the Plaintiff are incorporated herein by reference as if fully set forth herein and the Court acknowledges that this judgment of dismissal is being entered as a condition of the settlement between the parties and, in addition, approves the settlement of same and the Court retains jurisdiction over the enforcement, if any, of the settlement agreement.

SO ORDERED AND ADJUDGED on this the 5th day of July, 2017.

                                                           /s/ Sharion Aycock
                                                           UNITED STATES DISTRICT JUDGE